FORM EDC.6–100B Order to Close Chapter 13 Case Without Discharge/Individual Case:No Discharge entered  (v.2.13)        09–14645 – B – 13

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## ORDER TO CLOSE CHAPTER 13 CASE WITHOUT DISCHARGE

**Case Number:**  09–14645 – B – 13

**Debtor Name(s) and Address(es):**

Elaine Dakessian
2628 S Mendonca St
Tulare, CA 93274

**IT IS ORDERED** that this case shall be closed without entry of a chapter 13 discharge for the reason(s) set forth below.

Debtor has not filed form EDC 3–190, *Debtor's 11 U.S.C. § 1328 Certificate*, in accordance with Local Bankruptcy Rule 5009–1.

If the debtor subsequently files a Motion to Reopen the case, the Debtor must pay the full fee due for filing such a motion (currently $235.00 for a chapter 13 case).

Dated:  5/14/13

ORDERED PURSUANT TO GENERAL ORDER 11–04
Wayne Blackwelder
Clerk of Court